**Registration Number**

**VA 2-528-288**

**Effective Date of Registration:**
October 20, 2026

**Registration Decision Date:**
October 20, 2026

## Title

**Title of Work:** Christmas Snowman

## Completion/Publication

**Year of Completion:** 2026
**Date of 1st Publication:** August 11, 2026
**Nation of 1st Publication:** United States

## Author

- **Author:** Van Trung Dinh
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Vietnam

## Copyright Claimant

**Copyright Claimant:** Van Trung Dinh
Thon Phu Chinh, Xa Hoa Phu, Ha Noi, 100000, Vietnam

## Limitation of copyright claim

**Material excluded from this claim:** AI-generated image components

**New material included in claim:** 2-D artwork, Human-authored 2-D artwork, modifications, and selection, coordination, and arrangement of visual elements

## Rights and Permissions

**Name:** Van Trung Dinh
**Address:** Thon Phu Chinh, Xa Hoa Phu
Ha Noi 100000 Vietnam

## Certification

**Name:** Van Trung Dinh
**Date**: October 20, 2026

---

**Correspondence:** Yes

